# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133622-3(73)

In re DUANE V. BALDWIN TRUST.
_____

THOMAS M. SHOAFF,
        Petitioner-Appellant,

v

THOMAS E. WOODS, Trustee,
        Respondent-Appellee,

and

THOMAS E. WOODS, Individually and
GARY BALDWIN,
        Appellees.
_____/

SC: 133622
COA: 261642
Ingham Probate Court:
  00-002046-TI

In re Estate of DUANE V. BALDWIN, Deceased.
_____

THOMAS M. SHOAFF,
        Petitioner-Appellant,

v

THOMAS E. WOODS, Personal Representative,
        Respondent-Appellee,

and

THOMAS E. WOODS, Individually and
GARY BALDWIN,
        Appellees.
_____/

SC: 133623
COA: 261643
Ingham Probate Court:
  00-001858-DE

On order of the Court, the motion for reconsideration of this Court's October 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_Corbin R. Davis_
Clerk

d0421